STATE OF CONNECTICUT *v.* DAVID JOYCE
(SC 15767)

Callahan, C. J., and Borden, Berdon, Palmer and McDonald, Js.

Argued March 19—officially released May 18, 1999

*Kent Drager,* senior assistant public defender, for the appellant (defendant).

*Frederick W. Fawcett,* assistant state's attorney, with whom, on the brief, were *Jonathan C. Benedict,* state's

---

attorney, and *John Smriga*, assistant state's attorney, for the appellee (state).

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was granted improvidently.[1]

The appeal is dismissed.

---

[1] We granted the defendant's petition for certification to appeal from the judgment of the Appellate Court; *State* v. *Joyce*, 45 Conn. App. 390, 696 A.2d 993 (1997); limited to the following issue: "Did the Appellate Court properly conclude that the trial court's unconstitutional restriction of the defendant's right to present evidence of a state witness' bias against him was harmless beyond a reasonable doubt?" *State* v. *Joyce*, 243 Conn. 904, 701 A.2d 336 (1997).